# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA TOSTE, an individual, MEA COLE, a minor, through her Guardian Ad Litem, JENNIFER TOSTE, and JENNIFER TOSTE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BLAZE MICHAEL GOTTFRIED, an individual; GELCO CORPORATION, a Delaware corporation, APRIA HEALTHCARE, LLC, a limited liability corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 1:15-CV-775 - SMS<br><br>ORDER DISMISSING DEFENDANT GELCO CORPORATION AND STRIKING PUNITIVE DAMAGES CLAIM |

Pursuant to Plaintiffs' voluntary dismissal of Defendant Gelco Corporation and voluntary dismissal of their claims for punitive damages against the remaining defendants (Doc. 10), and pursuant to the Federal Rules of Civil Procedure Rules 41(a) and 12(b), the Court hereby ORDERS:

1. Defendant Gelco Corporation is DISMISSED without prejudice from this action; and
2. Plaintiffs' claims for punitive damages are STRICKEN from Plaintiffs' complaint.

IT IS SO ORDERED.

Dated:   **June 24, 2015**                     **/s/ Sandra M. Snyder**
                                                                            UNITED STATES MAGISTRATE JUDGE